**EOD**

06/27/2014

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| JOHN EDWARD BRAGG, SR.   XXX-XX-0003<br>13790 CR 2141<br>KEMP, TX 75143<br><br>KIMBERLY SHAY BRAGG   XXX-XX-5889<br>13790 CR 2141<br>KEMP, TX 75143 | §   CASE NUMBER: <u>13-60744</u><br>§<br>§   CHAPTER 13<br>§<br>§<br>§<br>§<br>§ |

DEBTORS

## ORDER APPROVING TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS

ON THIS DATE, the Court considered the Trustee's Recommendation Concerning Claims filed in the above-referenced case by John J. Talton, Chapter 13 Trustee, on 5/22/2014 (the "TRCC" herein).  The Court finds that the TRCC was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate negative notice language pursuant to LBR 3015(g).  The Court finds that no objection to the TRCC has been timely filed and that the allegations as contained in the TRCC stand unopposed.  Accordingly, good cause exists for the entry of the following orders.

IT IS THEREFORE ORDERED that the above-referenced TRCC is hereby APPROVED as such may be amended by (1) any claim objection order; (2) any valuation order on collateral securing an allowed claim provided for in the confirmed Plan that is subject to 11 U.S.C. 506 bifurcation; or (3) any amended proof(s) of claim filed herein pertaining to an allowed claim provided for in the confirmed plan.

IT IS FURTHER ORDERED that any claim(s) as set forth in Schedule X of the TRCC that were filed after the claims' bar dates are DISALLOWED unless such claim(s) are either specifically allowed by a Court Order pertaining to a motion to allow late filed claim entered prior to the entry of this TRCC Order or by the provisions of 11 U.S.C. 1305.

IT IS FURTHER ORDERED that any duplicate claim(s) or claims(s) filed in the wrong case as set forth in Schedule X of the TRCC are DISALLOWED.

IT IS FURTHER ORDERED that the Chapter 13 Trustee is prohibited from paying any late-filed claim(s) filed subsequent to the filing of the TRCC without an express order of the Court.

Signed on 06/27/2014

_____
THE HONORABLE BILL PARKER
UNITED STATES BANKRUPTCY JUDGE