THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

**IN RE:**
| | | |
|---|---|---|
| JOHN EDWARD BRAGG, SR. | § | CASE NO. 13-60744 |
| xxx-xx-0003 | § | |
| 13790 CR 2141 | § | |
| KEMP, TX 75143 | § | |
| | § | CHAPTER 13 |
| KIMBERLY SHAY BRAGG | § | |
| xxx-xx-5889 | § | |
| 13790 CR 2141 | § | |
| KEMP, TX 75143 | § | |
| DEBTOR(S) | | |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Order Approving Trustee's Recommendation Concerning Claims has been served upon the following parties in interest and to the attached mailing matrix by mailing a copy of same to them via first class mail or electronically on 06/30/2014:

GORDON MOSLEY
4411 OLD BULLARD RD #700
TYLER, TX 757030000

JOHN EDWARD BRAGG, SR.
13790 CR 2141
KEMP, TX 75143

KIMBERLY SHAY BRAGG
13790 CR 2141
KEMP, TX 75143

/s/ John J. Talton
John J. Talton, SBN 19629700
Office of the Standing Chapter 13 Trustee
110 N. College Avenue, Suite 1200
Tyler, TX 75702
(903)593-7777, Fax (903) 597-1313