| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-6<br>Case 13-60744<br>Eastern District of Texas<br>Tyler<br>Mon Jun 30 07:49:49 CDT 2014 | ABC American, Inc.<br>P. O. Box 177<br>CINCINNATI, OH 45201-0177 | Accounts Receivable Management<br>PO Box 637<br>Bellmawr NJ 08099-0637 |
| American InfoSource LP as agent for<br>Check N Go<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Anderson Financial Network Inc<br>PO Box 3097<br>Bloomington IL 61702-3097 | Athens Emergency Med. Assoc. P.A.<br>Affiliate of the Schumacher Group<br>P.O. Box 1637<br>San Antonio, TX 78296-1637 |
| Attorney General of Texas<br>Taxation Div - Bankruptcy<br>Box 12548 Capitol Station<br>Austin, TX 78711-2548 | B-Line, LLC/Atlantic Credit Finance<br>Household Bank<br>Mail Stop 550<br>2101 Fourth Ave., Ste. 1300<br>Seattle, WA 98121-2317 | B-Real, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 |
| John Edward Bragg Sr.<br>13790 CR 2141<br>Kemp, TX 75143-6320 | Kimberly Shay Bragg<br>13790 CR 2141<br>Kemp, TX 75143-6320 | Capital One<br>Bank Legal Department<br>201 St. Charles Ave., 26th Floor<br>New Orleans, LA 70170-1000 |
| Capital One<br>P O Box 85617<br>Richmond, VA 23285-5617 | Centurytel<br>P.O. Box 6000<br>Marion, LA 71260-6000 | Cmre Financial Services Inc<br>3075 E Imperial Hwy<br>Suite 200<br>Brea, CA 92821-6753 |
| Colortyme<br>PO Box 875<br>Mabank Texas 75147-0875 | Comnwlth Fin<br>245 Main Street<br>Dickson City, PA 18519-1641 | Computer Credit Inc<br>PO Box 5238<br>Winston-Salem NC 27113-5238 |
| Credit Collections Srv.<br>PO Box 9134<br>Needham, MA 02494-9134 | Dish Network<br>Dept 0063<br>Palatine IL 60055-0063 | ER Solutions<br>PO Box 9004<br>Renton, WA 98057-9004 |
| ETMC-Athens<br>PO Box 1996<br>Athens Texas 75751-1996 | Elliott & Elliott, P.C.<br>166 N. Buffalo St.<br>Canton, TX 75103-1338 | Enhanced Recovery Corp<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 |
| Enhanced Recovery Corp<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | Equable Ascent Financial, LLC<br>c/o Recover Management Systems Corp.<br>25 S. E. 2nd Ave., Ste 1120<br>Miami, FL 33131-1605 | Erich M. Ramsey<br>The Ascension Law Group, P.C.<br>PO Box 201347<br>Arlington, TX 76006-1347 |
| Financial Corp. of America<br>P.O. Box 16468<br>Austin, Texas 78761-6468 | First National Bank of Marin<br>PO Box 98873<br>Las Vegas NV 89193-8873 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 |

| | | |
|---|---|---|
| GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue, Ste. 1120<br>Miami, FL  33131-1605 | Gary Bonacquisti MD<br>P O Box 2240<br>Burlington, NC 27216-2240 | (p)MICHAEL REED OR LEE GORDON<br>PO BOX 1269<br>ROUND ROCK TX 78680-1269 |
| Grandpointe<br>P O Box 8939<br>Madison, WI 53708-8939 | Grandpointe<br>c/o Creditors Bankruptcy Service<br>Po Box 740933<br>Dallas, TX 75374-0933 | Granite Recovery<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave., Ste. 1120<br>Miami, FL  33131-1605 |
| H&R Block Bank<br>P.O. Box 3052<br>Milwaukee, WI 53201-3052 | H&R Block Bank<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374-0933 | HSBC Auto Finance<br>Bankruptcy Notices<br>PO Box 17904<br>San Diego, CA 92177-7904 |
| HSBC Auto Finance<br>Bankruptcy Notices<br>PO Box 17906<br>San Diego, CA 92177-7906 | HSBC Auto Finance Department<br>c/o Ascension Capital Group<br>PO Box 201347<br>Arlington, TX 76006-1347 | HSBC Bank<br>ATTN: BANKRUPTCY<br>PO Box 5213<br>Carol Stream, IL 60197-5213 |
| Henderson County<br>Lee Gordon<br>P O Box 1269<br>Round Rock, TX 78680-1269 | Henderson County Appraisal<br>PO Box 430<br>Athens Texas   75751-0430 | Henderson County Tax Assessor<br>Mccreary Veselka Bragg & Allen PC<br>PO Box 26990<br>Austin, TX 78755-0990 |
| Henderson County Tax Assessor<br>Michael Reed<br>PO Box 1269<br>Round Rock, TX 78680-1269 | Hospital Receivables Service, Inc.<br>PO Box 816165<br>Dallas Texas 75381-6165 | Laurie Spindler Huffman<br>Linebarger, Goggan, Blair & Sampson<br>2777 N. Stemmons Frwy Ste 1000<br>Dallas, TX 75207-2328 |
| IC Systems, Inc<br>PO Box 64378<br>Saint Paul, MN 55164-0378 | IC Systems, Inc.<br>o/b/o Thomas R. Anderson D<br>Attorney at Law<br>PO Box 1102<br>Sioux Falls, SD 57101 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| JC Penney<br>PO Box 981131<br>El Paso TX 79998-1131 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Jefferson Capital Systems, LLC<br>258 Chapman Rd., Ste. 205<br>Newark, DE 19702-5444 |
| Kaufman County<br>c/o Laurie Spindler<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N Stemmons Freeeway Suite 1000<br>Dallas, TX 75207-2328 | Kaufman County<br>c/o Laurie Spindler Huffman<br>Linebarger Goggan Blair & Sampson,LLP<br>2777 N Stemmons Freeway Suite 1000<br>Dallas, TX 75207-2328 | Kaufman County Appraisal Dist<br>PO Box 819<br>Kaufman Texas   75142-0819 |
| Kaufman County Tax Office<br>Kaufman Co. Courthouse Annex<br>PO Box 339<br>Kaufman Texas 75142-0339 | Kaufman County Tax Office<br>Linebarger Goggin Blair & Sampson LLP<br>Attorneys at Law<br>2323 Bryan St., Ste. 1600<br>Dallas, TX 75201-2637 | Kaufman County Tax Office<br>Michael Deeds<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan St., Ste. 1600<br>Dallas, TX 75201-2637 |

| | | |
|---|---|---|
| LCA<br>P O Box 2240<br>Burlington, NC 27216-2240 | LCA Collections<br>P O Box 2240<br>Burlington, NC 27216-2240 | LVNV Funding LLC it successors & assigns<br>assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| LVNV Funding LLC it successors & assigns<br>assignee of MHC Receivables LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Laurie A. Spindler Huffman<br>Linebarger, Groggan, Blair & Sampson<br>2323 Bryan St., Ste 1600<br>Dallas, TX 75201-2637 | Leo C. Machaud, P.C.<br>2210 E. Highway 190, Ste. 1<br>Copperas Cove, TX 76522-2523 |
| Leo C. Michaud<br>112 Cove Terrace<br>Copperas Cove, TX 76522 | Linh K. Tran<br>2101 Fourth Ave., Ste. 1030, Dept. 632<br>Seattle, WA 98121-2317 | Max Recovery Trust<br>PO Box 10228<br>Newark, NJ 07193-0228 |
| McCreary, Velselka, Bragg, and Allen P.C<br>P,O. Box 1269<br>Round Rock, Texas 78680-1269 | Medical Debt Management<br>PO Box 814367<br>Dallas, Texas 75381-4367 | Michael Deeds<br>Linebarger, et al<br>2323 Bryan St. Ste., 1600<br>Dallas, TX 75201-2637 |
| Midland Funding, LLC<br>by American InfoSource LP<br>PO Box 4457<br>Houston, TEXAS 77210-4457 | Millennium Loan Fund, LLC<br>c/o The Salkin Law Firm, PA<br>1776 N Pine Island Rd, Ste 218<br>Plantation, FL 33322-5223 | Gordon Mosley<br>4411 Old Bullard Rd #700<br>Tyler, TX 75703-1215 |
| National Capital Management<br>8245 Tournament Dr.<br>Ste. 230<br>Memphis, TN 38125-1741 | PRA Receivables Management, LLC<br>PO Box 41067<br>Norfolk, VA 23541-1067 | Phillips & Cohen Associated<br>695 Rancocas Rd.<br>Westampton, NJ 08060-5626 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Presbyterian Hospital Kaufman<br>850 Hwy 243 W Bypass<br>Kaufman Texas 75142-1861 | Progressive Insurance<br>P.O. Box 650201<br>Dallas, TX 75265-0201 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Recovery Management Systems Corp.<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605<br>Attention:  Ramesh Singh |
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Security Finance<br>416 W. Locust<br>Tyler, TX 75702-5643 | Security Finance Central Bankruptcy<br>Po Box 1893<br>Spartanburg, SC 29304-1893 |
| Shell<br>P O Box 9151<br>Des Moines, IA 50306 | Southside Bank<br>PO Box 1079<br>Tyler Texas 75710-1079 | Southwestern & Pacific Specialty Finance<br>d/b/a Check 'n Go<br>1307 W. Main St. Ste. E<br>Gun Barrel City, Texas 75156-5240 |

| | | |
|---|---|---|
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | Stage Stores, Inc<br>PO Box 64<br>Jacksonville Texas  75766 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 |
| John Talton.<br>Plaza Tower<br>110 N. College Ave, 12 Floor<br>Tyler, TX 75702-7226 | Texas Health Resources<br>c/o Creditors Bankruptcy Services<br>PO Box 740933<br>Dallas, TX 75374-0933 | Texas Medicine Resources<br>P.O. Box 8549<br>Fort Worth, TX 76124-0549 |
| Texas Trauma and Emergency Care<br>PO Box 9477<br>Tyler, TX 75711-9477 | Texas Workforce Commission<br>Attn: Bankruptcy Information<br>101 E. 15th St.<br>Austin, TX 78778-0001 | Thomas Anderson, DDS<br>P.O. Box 348<br>Kemp, Texas 75143-0348 |
| U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | United Revenue Corp<br>204 Billings #120<br>Arlington Texas 76010-2495 |
| United States Attorney<br>110 N. College Ave.<br>Tyler, TX 75702-0204 | United States Attorney General<br>Eric H. Holder<br>U.S. Dept. of Justice<br>950 Pennsylvania Ave. NW<br>Washington, D.C 20530-0009 | United States Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 |
| WoodForest National Bank<br>1200 West Main Street<br>Gun Barrel City, Texas 75156-5320 | eCAST Settlement Corp.<br>Assignee of HSBC Bank Nevada<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 | eCast Settlement Corp<br>PO Box 7247-6971<br>Philadelphia, PA 19170-6971 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Lee Gordon<br>McCreary Veselka Bragg & Allen, PC<br>PO Box 1269<br>Round Rock, TX 78665 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | (d)Lee Gordon<br>McCreary, Veselka, Bragg, & Allen<br>PO Box 1269<br>Round Rock, TX 78680 |
| Portfolio Recovery Associates, LLC<br>P.O. Box 41067<br>Norfolk, VA 23541 | Sprint Nextel<br>P O Box 7949<br>Overland Park KS 66207-0949 | State Comp. of Public Accounts<br>Attn: Bankruptcy Section<br>P.O. Box 13528<br>Austin, TX 78711 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Cmre Financial Services Inc<br>3075 E Imperial Hwy Ste 200<br>Brea, CA 92821-6753 | (d)Henderson County<br>Lee Gordon<br>P O Box 1269<br>Round Rock, TX 78680-1269 | (d)John Talton.<br>Plaza Tower<br>110 N. College Ave, 12 Floor<br>Tyler, TX 75702-7226 |

End of Label Matrix
Mailable recipients   107
Bypassed recipients     3
Total                 110